UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF: DEBTOR (S)

Diarre Janee Pickett

CASE NO: 21-30427-JDA
CHAPTER 13 PROCEEDINGS
JUDGE: Joel D. Applebaum

ATTORNEY: John L Hicks & Associates, Pc
DATE FILED: 3/17/2021
CLAIMS BAR DATE: 5/26/2021
CONFIRMATION DATE: 10/26/2021

## TRUSTEE'S OBJECTION TO CONFIRMATION

1. An order for debtor to remit payments by electronic bank transfer was filed with the court on June 10, 2021. On June 28, 2021, the trustee's office was advised that the account had been closed and therefore has removed the debtor from this program. The Trustee requires updated bank account information.

2. The Internal Revenue Service filed a Proof of Claim identified as Claim 4 in the priority amount of $414.54 and unsecured in the amount of $0.00. The Claim provides that income tax returns for year 2018 has not been filed as of the date of the claim.

3. State of Michigan filed a Notice of Unfiled 2018 Tax Return.

4. Amend Statement of Financial Affairs, part 2 question 5 as to unemployment received.

5. Debtor to provide 60 days of pay stubs from DHS Chore.

6. The Order Confirming Plan shall include language lifting the automatic stay as to TNT regarding 2013 Dodge Journey, as debtor intention is to surrender.

**NATURE OF THE PLAN**- The Trustee interprets the nature of the plan to be:

Base plan-completed upon the Trustee receiving $5,400.00 in addition to the receipts prior to confirmation.

Estimated % to unsecured is 3% in (36) months.

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, or provide other relief as is just.

|  |  |
|---|---|
|  | /s/ Carl L. Bekofske |
| Dated: October 5, 2021 | Carl L. Bekofske, Standing Chapter 13 Trustee |
|  | 400 N. Saginaw St. Ste 331., Flint, MI 48502 |
| Stephanie | (810) 238-4675    ECF@flint13.com |
|  | P-10645 |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S)
Diarre Janee Pickett

Case No: 21-30427-JDA
CHAPTER 13 PROCEEDINGS
JUDGE Joel D. Applebaum

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2021, I electronically filed the Chapter 13 Trustee's Objection to Confirmation with the Clerk of the Court using the ECF system; which will send notification of such filing to the following:

John L Hicks & Associates, Pc
jlhicksoffice@gmail.com

And I hereby certify that I have mailed by United States Postal Service the Paper(s) to the following non-ECF participants:

Diarre Janee Pickett
2733 Wolcott
Flint Mi 48504

/s/ Tenee Smith
Carl L. Bekofske, Standing Chapter 13 Trustee
400 N. Saginaw St. Ste 331., Flint, MI 48502
(810) 238-4675
Email: ECF@flint13.com